| | |
|---|---|
| 1 | KENNETH A. FEINSWOG (Bar. No. 129562) |
| 2 | 400 Corporate Pointe, Suite 300 |
|   | Culver City, California 90230 |
| 3 | Telephone: (310) 846-5800 |
|   | Fax: (310) 846-5801 |
| 4 | Email: kfeinswog@aol.com |
| 5 | Attorney for Plaintiff |
| 6 | STITES & HARBISON PLLC |
|   | Joel T. Beres, Cal. Bar No. 125890 |
| 7 | David B. Owsley II, (admitted *pro hac vice*) |
|   | Zachary M. VanVactor (admitted *pro hac vice*) |
| 8 | 400 West Market Street, Suite 1800 |
|   | Louisville, KY 40202-3352 |
| 9 | Telephone: (502) 587-3400 |
|   | Facsimile: (502) 587-6391 |
| 10 | Email: jberes@stites.com |
|    | zvanvactor@stites.com |

JS-6

WOOLLACOTT PLC
Jay A. Woollacott, Cal. Bar No. 83032
10850 Wilshire Blvd., Suite 825
Los Angeles, CA 90024
Telephone: (310) 481-2222
Facsimile: (310) 481-9801
Email: jw@woollacottplc.com

Attorneys for Defendants
SEAN BROIHIER & ASSOCIATES, LLC, d/b/a
FINE ART AMERICA, and GRAPHIK
DIMENSIONS, LTD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., | Case No. 2:14-cv-03375-MWF-CW |
| | Assigned to Hon. Michael W. Fitzgerald |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** ; |
| v. | ORDER |
| SEAN BROIHIER & ASSOCIATES, LLC, d/b/a FINE ART AMERICA, and GRAPHIK DIMENSIONS, LTD, | |
| Defendants. | |

1   Pursuant to a settlement agreement executed by the parties and Federal Rule
2   of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff, Bravado International Group
3   Merchandising Services, Inc., and the Defendants, Sean Broihier & Associates,
4   LLC d/b/a Fine Art America and Graphik Dimensions, Ltd., stipulate that the
5   above-referenced action shall be dismissed with prejudice with each party bearing
6   its own attorneys' fees and costs.

7   Defendants' attorney, Jay A. Woollacott, hereby attests that all other
8   signatories listed, and on whose behalf the filing is submitted, concur in the filing's
9   content and have authorized the filing.

Date: July 20, 2016            Kenneth A. Feinswog

                               By: /s/ *Kenneth A. Feinswog*
                               Kenneth A. Feinswog

                               Attorney for Plaintiff Bravado International
                               Group Merchandising Services, Inc.

Date: July 20, 2016            David B. Owsley II
                               STITES & HARBISON, PLLC


                               By: /s/ *David B. Owsley II*
                               David B. Owsley II

                               Attorneys for Defendants

IT IS SO ORDERED.

DATED: July 21, 2016

_____
UNITED STATES DISTRICT JUDGE